# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ALFRED K. NIPPERT, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-1068 |
| ) | Judge Trauger |
| JAMES R. JACKSON, JR., individually doing ) | |
| business as Stonewall Farm, ) | |
| JACKSON, DENNEY AND DAVIS, INC., ) | |
| and JACKSON PLACE, INC., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On March 2, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 35), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Strike Answer of Defendant Jackson, Denney and Davis, Inc. (Docket No. 29) is **GRANTED**. This case is returned to the Magistrate Judge for further handling.

It is so **ORDERED**.

Enter this 8th day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge